# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00670-CV

**City of San Antonio, Appellant**

**v.**

**Greg Abbott, Attorney General of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000420, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee Greg Abbott, Attorney General of Texas, has filed a motion to dismiss for want of subject-matter jurisdiction the City of San Antonio's appeal from a final district court judgment signed on June 15, 2010. *See* Tex. R. App. P. 42.3(a). The Attorney General asserts that we lack jurisdiction because the City filed its notice of appeal late and also missed the deadline for filing any motion to extend time to file the notice of appeal. Appellant City of San Antonio has filed a response conceding that it did not timely perfect its appeal and that we lack jurisdiction. We grant the Attorney General's motion and dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   November 10, 2010